IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | No. | 24-mj-2395 |
| v. | ) | | |
| | ) | Judge Frensley | |
| DEQUAN CROWELL | ) | | |

## MOTION TO SEAL CRIMINAL COMPLAINT

The United States of America, by and through Thomas J. Jaworski, Acting United States Attorney for the Middle District of Tennessee, and Assistant United States Attorney Nicholas J. Goldin, respectfully moves the Court to seal the criminal complaint, attendant arrest warrant, and other materials related to the complaint, until such time as the defendant is served with the arrest warrant and brought into custody.

For cause, the United States submits that the defendant is not presently in custody, and so this sealing will help to ensure the safety of the law enforcement officers who are serving the warrant and will lower the risk of the defendant's flight and the destruction of other potential evidence in this matter between the time of the issuance of the warrant and the time of its service on the defendant.

Respectfully submitted,

THOMAS J. JAWORSKI
Acting United States Attorney

By: /s/ Nicholas J. Goldin
NICHOLAS J. GOLDIN
Assistant United States Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Tel. (615) 736-5151